November 3, 2022

<u>VIA EMAIL</u>
Equity Prime Mortgage, LLC
ATTN: Majed Qminacci and Eddy Perez
Majed@epm.net and Eddy@epm.net

Re:   Notice of Intent to Terminate Sponsorship Agreement Between Equity Prime Mortgage, LLC and Jesse Iwuji Motorsports, LLC, Dated November 30, 2021

To Whom It May Concern:

This notice is provided to you in compliance with the terms set forth in the November 30, 2021 agreement with the title, "Sponsorship Agreement" Specifically, in conformity with Section 12(g) of said agreement, titled, "Notices," Jesse Iwuji Motorsports, LLC ("JIM") is providing you with notice, served upon the Company (as defined in the agreement), by email.

It is JIM's intention to cause a termination of the agreement under Section 7(b), titled, "Termination." The Company is in breach of a material provision of the Agreement. Specifically, the Company has failed to make payments to JIM in the amount of $187,500.00 on October 1, 2022 and another $187,000.00 on November 1, 2022.

Under Section 7(b) of the agreement, JIM is providing the Company with thirty (30) days after receipt of this notice to remedy the issues as set forth above. After thirty (30) days, if the actions are not remedied and the breach is not cured, then JIM will consider the agreement to be effectively terminated; however, as stated in Section 7(c) of the agreement, Company shall remain responsible for paying JIM the entirety of the compensation set forth in the SOW.

Providing this notice shall not serve as a waiver of any claims that JIM may possess concerning Equity Prime Mortgage, LLC and any of its employees and/or independent contractors, and JIM expressly reserves all rights.

Sincerely,

_____
On behalf of JIM