IN THE UNITED STATE DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

JESSE IWUJI MOTORSPORTS, LLC,

Plaintiffs,
    v.                                                    Case No.: 22-cv-62268 BLOOM / Valle

EQUITY PRIME MORTGAGE,

Defendant.
_____/

**MEDIATION REPORT**

      Pursuant to the Court's Order and/or agreement by the Parties, a Mediation Conference was conducted by Giselle Leonardo, Florida Supreme Court Certified Circuit Civil Mediator.

      The undersigned, Giselle Leonardo, Florida Supreme Court Certified Mediator from Giselle Leonardo, P.A. hereby reports to this Honorable Court that a mediation conference in this cause was held by videoconference at 10:00 a.m. on April 25, 2023. The results of the Mediation Conference are as follows:

| | |
|---|---|
| _____ | A **SETTLEMENT AGREEMENT** was reached during this Conference. |
| \_\_X\_\_ | No agreement was reached. |
| _____ | The Parties have agreed to **ADJOURN and RECONVENE** at a later date to continue the mediation. The Court will be notified of the continuation date. |
| _____ | The Parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before \_\_\_\_\_ , the Court shall presume that no agreement has been reached. |
| _____ | Other: The Plaintiff advised in writing Settlement was reached. |

1

2

        Respectfully Submitted,

        By:   /s/ Giselle Leonardo
        Giselle Leonardo, Esq.
        **Giselle Leonardo, P.A.**
        One East Broward Blvd., Suite #700
        Fort Lauderdale, Florida 33301
        Telephone:    954-728-9026
        Facsimile:     954-252-2100
        Email:        gleonardo@gl-legal.com
        Florida Supreme Court Certified Circuit Civil
        Mediator No. 18810
        Florida Bar No. 0182140

COPIES FURNISHED BY EMAIL/HAND DELIVERY/FACSIMILE/U.S. MAIL TO:
All Counsel of Record
Plaintiff's Counsel
Defendant's Counsel