UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-62268-BB

JESSE IWUJI MOTORSPORTS, LLC,

    Plaintiff,

v.

EQUITY PRIME MORTGAGE, LLC,

    Defendant.
_____/

**PLAINTIFF AND DEFENDANT'S MOTION TO BRING AND USE ELECTRONIC EQUIPMENT IN THE COURTROOM FOR CALENDAR CALL AND TRIAL**

Plaintiff/Counter-Defendant, Jesse Iwuji Motorsports, LLC, by and through undersigned counsel, and Defendant/Counterclaim-Plaintiff, Equity Prime Mortgage hereby files the following Motion to Bring and Use Electronic Equipment in the Courtroom for Calendar Call and Trial pursuant to the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [D.E. 47], and, in support thereof, states as follows:

The Court previously asked the Parties desiring to utilize laptop computers or other electronic equipment in the courtroom to file a motion and submit a proposed order granting such use. Plaintiff's Counsel, Darren Heitner, and Defendants' counsel, Seth Kreiner, Esq., Keith J. Frank, Esq. and Lisa M. Casa, Esq., each seek to bring one cellular telephone (Apple iPhone), up to two laptops (one Apple computer and/or one Dell computer), and the associated cables/thumb drives into the courthouse during Calendar Call and during the trial of this matter and to have access to the courtroom one hour prior to the trial to set up equipment if the courtroom is not otherwise in use or at another time of convenience for the Court and its staff. This will enable

Parties to have an opportunity to set up and test the equipment so that the Court is not delayed in starting the trial. This will allow the Parties an opportunity to utilize technology effectively throughout the trial.

WHEREFORE, for the reasons set forth herein, Plaintiff and Defendant respectfully requests that this Honorable Court enter an Order granting this Motion.

| | |
|---|---|
| Dated: May 6, 2024 | Respectfully submitted, |
| | _/s/__Darren A. Heitner_ |
| | Darren A. Heitner, Esq.<br>**Heitner Legal, P.L.L.C.**<br>215 Hendricks Isle<br>Fort Lauderdale, FL 33301<br>Tel.: 954-558-6999<br>Fax: 954-927-3333<br>Email: Darren@HeitnerLegal.com<br>*Counsel for Plaintiff/Counter-Defendant* |

KREINER / BURNS

By: */s/* Seth A. Kreiner
Seth A. Kreiner, Esq.
   Florida Bar No. 432040
950 Peninsula Corporate Circle/Suite 3001
Boca Raton / Florida / 33487
(p)(561)901-8400
(f)(561)666-9700
seth@kreinerlawfirm.com

FORCHELLI DEEGAN TERRANA LLP

By: _/s/ Keith J. Frank_

Keith F. Frank, Esq.   (Pro Hac Vice)
Lisa M. Casa, Esq. (Pro Hac Vice)
333 Earle Ovington, Blvd., Suite 1010

Uniondale, NY 11553

(516) 248-1700

kfrank@forchellilaw.com
lcasa@forchellilaw.com

*Attorneys for Defendant/Counterclaimant*